Bentley G. Stromberg ISB No. 3737
Tully P. FitzMaurice, ISB No. 10649
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
bstromberg@clbrmc.com
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)

    Attorneys for Defendant
    North Idaho College

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PATRICK WHITCOMB, | ) |
|                                  Plaintiff, | ) Case No: 2:19-cv-392-BLW |
| vs. | ) DEFENDANT'S NOTICE OF |
| NORTH IDAHO COLLEGE, | ) NON-OPPOSITION TO |
| | ) PLAINTIFF'S WITHDRAWAL |
|                                  Defendant. | ) OF DEMAND FOR JURY TRIAL AND REQUEST FOR BENCH TRIAL |

       Defendant, North Idaho College ("NIC"), by and through its attorneys of record, Bentley G. Stromberg and Tully P. FitzMaurice, hereby submits that it has no opposition or objection to Plaintiff's withdrawal of his demand for a jury trial and request for a bench trial.

       In Plaintiff's Trial Brief (Dkt. 48), submitted on February 27, 2023, Plaintiff affirmatively withdrew his demand for a jury trial and has requested that the current trial be conducted as a

DEFENDANT'S NOTICE OF
NON-OPPOSITION TO
PLAINTIFF'S WITHDRAWAL
OF DEMAND FOR JURY TRIAL
AND REQUEST FOR BENCH
TRIAL          - 1 -

bench trial. Defendant does not oppose this request and has no objection to the trial being conducted as a bench trial.

DATED this 2nd day of March 2023.

CLEMENTS, BROWN & McNICHOLS, P.A.

By  */s/   Bentley G. Stromberg*
BENTLEY G. STROMBERG
    Attorneys for Defendant NIC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of March 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James M. Piotrowski
PIOTROWSKI DURAND, PLLC
P.O. Box 2864
1020 W. Main Street, Suite 440
Boise, Idaho 83701
James@idunionlaw.com

 */s/ Bentley G. Stromberg*
Bentley G. Stromberg

DEFENDANT'S NOTICE OF
NON-OPPOSITION TO
PLAINTIFF'S WITHDRAWAL
OF DEMAND FOR JURY TRIAL
AND REQUEST FOR BENCH
TRIAL                               - 2 -