BEFORE THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| PATRICK WHITCOMB, | ) | |
| | ) | Case No. 2:19-cv-392-BLW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JOINT/STIPULATED MOTION TO |
| | ) | ALLOW VIDEO TESTIMONY AT |
| NORTH IDAHO COLLEGE, | ) | TRIAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

COME NOW the Parties, by and through counsel, and jointly move the court to allow two witnesses, Peter Erbland and Scott Kimber, to testify via video appearance at trial in this case.

The parties so move to ensure the availability of witnesses, to reduce the expense of trial for all parties, and to ensure the trial can be efficiently and timely concluded. The parties shall be responsible for ensuring that the witnesses are available for video appearance at the appropriate time, and shall coordinate with the Court's Courtroom Deputy to ensure the process is as seamless as possible.

DATED this 14th day of March, 2023.

                                         PIOTROWSKI DURAND, PLLC

                                         _/s/James M. Piotrowski_____
                                         James M. Piotrowski
                                         Attorneys for Plaintiff

                                         CLEMENT, BROWN & McNICHOLS, P.A.

                                         _/s/_ Tully P. FitzMaurice_____
                                         Tully P. FitzMaurice
                                         Attorneys for Defendant

JOINT MOTION TO ALLOW VIDEO TESTIMONY - 2