# UNITED STATES DISTRICT COURT
## District of Idaho

## Exhibit List

| | |
|---|---|
| Case Name:<br>**PATRICK WHITCOMB**,<br><br>                                    Plaintiff,<br><br>vs.<br>**NORTH IDAHO COLLEGE**<br><br>                                    Defendants. | Plaintiff's Attorney:<br>James M. Piotrowski<br>**PIOTROWSKI DURAND, PLLC**<br><br>Defendant's Attorney:<br>Bentley G. Stromberg<br>Tully FitzMaurice<br>**CLEMENTS, BROWN & McNICHOLS, P.A.** |
| Docket No.:<br>2:19-cv-392-BLW | Trial Dates:<br>March 28-30, 2023 | Courtroom Deputy:<br>Jamie Gearhart |
| Presiding Judge:<br>B. Lynn Winmill | | Court Reporter:<br>Tammy Hohenleitner |
| Party Offering Exhibits:<br>Joint Exhibit List | | |

### Instructions

- Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
- A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with ADM.  A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
- Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
- More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1001 | | ADM | | | 2010 Employee Performance Review (1.128-1.132) | |
| 1002 | | ADM | | | 2013 Employee Performance Review (1.123-1.124) | |
| 1003 | | ADM | | | 2014 Employee Performance Review (1.070-1.071) | |
| 1004 | | ADM | | | 2016 Employee Appraisal Report (1.028-1.034) | |
| 1005 | | ADM | | | Email Chain (8.007-8.008) | |
| 1006 | | ADM | | | Email Chain (8.009) | |
| 1007 | | FDN | | | Job Analysis Questionnaire for Assistant Wrestling Coach (8.047-8.059) | |
| 1008 | | FDN | | | Job Analysis Questionnaire for Assistant Wrestling Coach (8.060-8.073) | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1009 | | FDN | | | Job Analysis Questionnaire for Wrestling Coach (8.075-8.087) | |
| 1010 | | ADM | | | Email Chain (8.160-8.162) | |
| 1011 | | FDN | | | Corrective Action Form (1.007-1.009) | |
| 1012 | | FDN | | | Pat Whitcomb's Response to Corrective Action Form (1.014-1.027) | |
| 1013 | | ADM | | | 2017 Employee Appraisal Report (1.051-1.055) | |
| 1014 | | FDN | | | Pat Whitcomb's Response to 2017 Appraisal Report (1.056-1.061) | |
| 1015 | | ADM | | | 2018 Annual Staff Performance Review (1.062-1.069) | |
| 1016 | | ADM | | | Email from Larry Briggs to Lita Burns (6.110-6.111) | |
| 1017 | | ADM | | | Email from Lita Burns to Larry Briggs (6.119-6.120) | |
| 1018 | | ADM | | | Termination Letter to Pat Whitcomb (1.156-1.157) | |
| 1019 | | ADM | | | Pat Whitcomb's Resume (1.122) | |
| 1020 | | ADM | | | NIC Academic Integrity Policy (8.004-8.005) | |
| 1021 | | ADM | | | Email Chain (8.309-8.311) | |
| 1022 | | ADM | | | Appointment of Investigator (8.333) | |
| 1023 | | FDN | | | Email Chain and attachment (8.414-8.418) | |
| 1024 | | FDN | | | Email Chain and attachment (8.879-8.880) | |
| 1025 | | FDN | | | Email Chain and attachment (8.883-8.885) | |
| 1026 | | FDN | | | Email Chain (8.904-8.906) | |
| 1027 | | | | | Audio Recording of Meeting with Keri Stanley | |
| 1028 | | | | | Transcript of Audio Recording of Meeting with Keri Stanley | |
| 1029 | | | | | Video Footage of Wrestler Accessing Wrestling Practice Area. | |
| | | | | | | |
| 2000 | | ADM | | | 1.001<br>June 25, 2018, signed Employment Agreement | |
| 2001 | | ADM | | | 8.021-8.022<br>May 10, 2016 email between Graydon Stanely and Chris Martin. Subject "Fwd:facility" | |
| 2002 | | ADM | | | 5.017-5.018<br>May 10, 2016 email between Tim Gerlitz and Pat Whitcomb. Subject "RE: Message from Timothy Gerlitz" | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 2003 | | ADM | | | 8.0861-8.0862<br>November 14, 2018, email between Chris Martin, Al Williams, Graydon Stanley, and Don Millikan. Subject "RE: North Idaho Title Mother Lode Holding Company check." | |
| 2004 | | ADM | | | 8.0361-8.0362, 8.0386<br>North Idaho College Athletics Department Policies and Procedures Manual/Coach's Handbook. | |
| 2005 | | ADM | | | 5.005-5.007<br>Notes of Tim Gerlitz | |
| 2006 | | ADM | | | 5.095-5.239<br>Report of Investigation Concerning North Idaho College Athletic Department. | |
| 2007 | | ADM | | | 8.001-8.005<br>NIC policies. | |
| 2008 | | ADM | | | 1.156-1.157<br>January 11, 2019, signed termination letter. | |
| 2009 | | ADM | | | 2017 NIC Camp Tax Return | |
| 2010 | | ADM | | | 2018 NIC Camp Tax Return | |
| 2011 | | ADM | | | 2017 Tax Return of Patrick Whitcomb | |
| 2012 | | ADM | | | 2018 Tax Return of Patrick Whitcomb | |
| 2013 | | ADM | | | 2019 Tax Return of Patrick Whitcomb | |